UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL SEXTON, Individually,

    Plaintiff,

v.                                        Case No.   3:16-cv-597-J-32JRK

EMPERORS GENTLEMAN'S CLUB,
INC., a Florida Profit Corporation and
MICHAEL TOKOVICH, Individually,

    Defendants.

## ORDER

Upon review of the Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. 21), filed on January 17, 2017, this case is dismissed with prejudice.[1] The Order referring this case to the United States Magistrate Judge for the preparation of a Report and Recommendation (Doc. 17) is **VACATED**. Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of January, 2017.

                                                  MARCIA MORALES HOWARD

---

[1] In filing this joint dismissal, Plaintiff has waived his right to a determination by the Court that the proposed settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. See Lynn's Food Stores, Inc. v. United States Dep't. of Labor, 679 F.2d 1350, 1355 (11th Cir. 1982).

United States District Judge

sj
Copies:

Counsel of record